UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Goodlow,

                Plaintiff(s),

         -against-

Wesley,

                Defendant(s).
--------------------------------------------------------X

**ORDER VACATING REFERENCE TO MAGISTRATE JUDGE**

7:25-CV-04871 (CS) (VR)

Seibel, J.

The Order of Reference to a Magistrate Judge dated June 11, 2025 (Doc # 4), filed in the above referenced case, is hereby **VACATED.**

    **SO ORDERED.**

Dated: White Plains, New York
      August 6, 2025

                                                      Cathy Seibel, U.S.D.J.