Rickner | Moskovitz

Rob Rickner, Principal | (212) 300-6506 | rob@rmcivilrights.com

November 16, 2026

By ECF

The Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Goodlow v. Wesley.*, 25-cv-4871 (CS)

Dear Judge Seibel:

We represent Kimberly Goodlow, Administrator of the Estate of Jarrett Frost, and we write to request an extension of the deadlines to file pre-motion letters, and to adjourn the December 3, 2026 Conference. The parties are finished all discovery by the October 3th, 2026 deadline.

The primary reason for the request is that I am preparing for trial in *Rivas v. Onondaga County, et al.*, 19-cv-844 (N.D.N.Y, Sannes, CJ) starting on November 30, 2026 and likely running until around December 15, 2026. Preparations have been an immense amount of work, and will continue to be right up until trial starts. And, of course, I will be on trial December 3rd and cannot appear for the in-person conference. Further, at this point the *Rivas* case almost certainly will not settle. Trial is a virtual certainty.

I spoke with AAG Schulman, who represents the Defendant, and confirmed that he is planning on filing a motion for summary judgment. Given how busy he is with other cases, he would also like an extension of his time to file a pre-motion letter, if Plaintiff is also seeking one. Plaintiff has no objection to this request. And AAG Schulman has no objection to Plaintiff's request.

In addition, Plaintiff has a pre-trial conference in a federal case on either January 4th or 5th (the Court has not decided which date yet) and a bench trial in the Court of Claims on January 5th through 7th. So the first week in January will not work for Plaintiff for an in-person conference, if the Court was considering one of those days.

We thank the Court for considering this request.

Respectfully,

/s/

Rob Rickner

The conference is adjourned to January 13, 2027 at 12:15 p.m. Pre-motion letters, if any, are due December 30, 2026, with responses due January 6, 2027.

SO ORDERED.

Cathy Seibel

CATHY SEIBEL, U.S.D.J.

11/17/2026